652

*Mr. H. A. Ledbetter* for petitioners. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Aubrey Lawrence,* and *E. T. Burke* for the United States.

No. 251. FIDELITY SAVINGS & LOAN ASSN. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. W. H. Orrick* and *T. W. Dahlquist* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 252. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* HUTCHINSON COAL CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Andrew D. Sharpe* for petitioner. No appearance for respondent.

No. 253. COMAR OIL CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Truman Post Young* for petitioner. *Solicitor General Biggs, Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 254. FIRST NATIONAL BANK *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. Robert Sherrod* for petitioner. *Solicitor General*

*Biggs* and *Messrs. Sewall Key* and *J. P. Jackson* for the United States.

Nos. 255 and 256.   GALBRAITH ET AL. *v.* BAY TRUST Co., TRUSTEE.   October 9, 1933.   Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. John E. Kinnane* for petitioners. *Mr. Edward S. Clark* for respondent.

No. 258.   TROPIC-AIRE, INC. *v.* WILDERMUTH.   October 9, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Messrs. Amasa C. Paul, George I. Haight, William H. Davis,* and *Maurice M. Moore* for petitioner.   *Mr. Drury W. Cooper* for respondent.

No. 259.   SURPRISE, TRUSTEE, *v.* FIRST TRUST & SAVINGS BANK ET AL.   October 9, 1933.   Petition for writ of certiorari to the Appellate Court of Indiana denied.   *Mr. C. B. Tinkham* for petitioner.   *Mr. L. L. Bomberger* for respondents.

No. 261.   FOSHAY TRUST & SAVINGS BANK *v.* PUBLIC UTILITIES CONSOLIDATED CORP.   October 9, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Messrs. C. J. Rockwood* and *John P. Dalzell* for petitioner.   *Mr. Clark R. Fletcher* for respondent.

No. 262.   SEAS SHIPPING Co., INC. *v.* APPROXIMATELY 3,251,000 FEET OF LUMBER ET AL.   October 9, 1933.   Pe-